**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **JAY PATEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| **vs.** | ) | ______________________ |
| | ) | |
| **LM GENERAL INSURANCE COMPANY, a foreign corporation,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT LM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL</u>**

COMES NOW LM General Insurance Company (hereafter "LM General"), and files its Notice of Removal pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1441 and 1446(a) and (b).

1.

The Plaintiff has filed a civil action against LM General in the Superior Court of Gwinnett County, Georgia, Civil Action File No. 26-A-05696-5, (the "underlying action") which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia. <u>See</u> 28 U.S.C. § 90(a)(2).

2.

The Plaintiff filed the Complaint in the underlying action on or about June 22, 2026. (Exhibit "A", Complaint.) The Summons and Complaint was served on LM

General on or about June 30, 2026. (Id.)

3.

In his Complaint, Plaintiff alleges that he "is an adult resident citizen of Dekalb County, Georgia." (Ex. A, Complaint, ¶ 1.) Plaintiff further alleges that the cause of action arises out of damage to the "property located at 413 Spring House Cove NE, Atlanta, Georgia 30307" (the "Insured Property" or the "home"). (Id. at ¶ 7.) The Plaintiff is a citizen of the State of Georgia.

4.

LM General is an insurance company organized and existing under the laws of the State of Illinois, with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts, 02116. There is no evidence that Plaintiff is a citizen of either Illinois or Massachusetts.

5.

Therefore, at the time of removal, the Complaint asserts claims by one citizen of the State of Georgia against only a non-citizen Defendant, LM General, and there is complete diversity of citizenship.

6.

In the Complaint, Plaintiff alleges that he made a demand in the amount of $161,458.03 pursuant to O.C.G.A. § 33-4-6 prior to filing suit. (Ex. A, Complaint, ¶ 21; Exhibit C to Complaint.) Therefore, the amount in controversy exceeds

$75,000.00, exclusive of interest and costs.

7.

This is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 based on complete diversity of citizenship among the parties and which may be removed to this Court pursuant to 28 U.S.C. § 1441.

8.

This Notice of Removal is filed within thirty (30) days of the date of service of the Complaint on LM General.

9.

Defendant attaches as Exhibit "A" to this original pleading only, the entire record in the Superior Court of Gwinnett County, Georgia action.

10.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendant hereby removes this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 29th day of July 2026.

**ISENBERG & HEWITT, PC**

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
1200 Altmore Avenue, Suite 120
Sandy Springs, GA 30342
(770) 351-4400 Telephone
hilary@isenberg-hewitt.com
**Attorney for Defendant**
**LM General Insurance Company**

## LOCAL RULE 7.1 CERTIFICATE

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
1200 Altmore Avenue, Suite 120
Sandy Springs, GA 30342
(770) 351-4400 Telephone
hilary@isenberg-hewitt.com
**Attorney for Defendant**
**LM General Insurance Company**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JAY PATEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| **vs.** | ) | ______________________ |
| | ) | |
| **LM GENERAL INSURANCE COMPANY, a foreign corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of July 2026, she electronically filed a copy of **DEFENDANT LM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL** with the United States District Court's Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys:

The Huggins Law Firm, LLC
D. Bruce Janzen, Jr.
bruce@lawhuggins.com
J. Remington Huggins
remington@lawhuggins.com

**ISENBERG & HEWITT, PC**

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
1200 Altmore Avenue, Suite 120

Sandy Springs, GA 30342
770-351-4400 - O
hilary@isenberg-hewitt.com
**Attorney for Defendant**